

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-20-00391-CV

**IN THE ESTATE OF SHIRLEY L. WIATREK, DECEASED,**

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
The Honorable John D. Hutchinson, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file his brief is GRANTED. Appellee's brief is due on or before **June 14, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court